**United States District Court**
**Northern District of Illinois**

JAMES EVANS, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

Dream Chasing Technology, Inc.,

Defendant.

Case No.: 1:26-cv-1925

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: April 10, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Michael Ohrenberger**
By: Michael Ohrenberger
4903 Avenue N,
Brooklyn, NY 11234
O: 844-731-3343
Tel: 716-281-5496
Email: mohrenberger@ealg.law